```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 30252
   DANIEL CRUZ
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-6604


-------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/02/05 and confirmed on 09/09/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   24042.24 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AMERICAN GENERAL FINANCE | SECURED | 400.00 | 6.25 | 400.00 |
| CHASE BANK | SECURED | 233.25 | 3.64 | 233.25 |
| CAPITAL ONE BANK | UNSECURED | 935.58 | .00 | 580.49 |
| CAPITAL ONE BANK | UNSECURED | 298.65 | .00 | 185.30 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8155.17 | .00 | 5059.92 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6211.23 | .00 | 3853.79 |
| DISCOVER BANK | UNSECURED | 7333.15 | .00 | 4549.89 |
| ECAST SETTLEMENT CORP | UNSECURED | 568.11 | .00 | 352.49 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 222.20 | .00 | 137.87 |
| MARSHALL FIELD | UNSECURED | 429.76 | .00 | 266.65 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2926.97 | .00 | 1816.05 |
| SHELL | UNSECURED | NOT FILED | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 353.89 | .00 | 219.57 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1017.06 | .00 | 631.04 |
| CHASE BANK | UNSECURED | 2240.59 | .00 | 1390.19 |
| AMERICAN GENERAL FINANCE | UNSECURED | 603.28 | .00 | 374.31 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 633.25 | .00 | 31295.64 | .00 | 31928.89 |
| PRINCIPAL PAID | 633.25 | .00 | 19417.56 | .00 | 20050.81 |
| INTEREST PAID | 9.89 | .00 | .00 | .00 | 9.89 |
| TOTAL PAID | 643.14 | .00 | 19417.56 | .00 | 20060.70 |

```
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $     999.30 .
```

Refunds to the Debtor totaled $    282.24 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/12/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE